THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW JOSEPH SEDILLO, ) | CIVIL NO. 2:08-00782 JMS |
| ) | |
| Plaintiff, ) | ORDER RESPONDING TO |
| ) | PLAINTIFF'S REQUEST FOR |
| vs. ) | UPDATE |
| ) | |
| K.A. JOHNSON, and CALIFORNIA ) | |
| DEPARTMENT OF CORRECTIONS ) | |
| AND REHABILITATION, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## ORDER RESPONDING TO PLAINTIFF'S REQUEST FOR UPDATE

Plaintiff Andrew Joseph Sedillo ("Plaintiff") is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915.  By order filed April 29, 2009, the court determined that Plaintiff's Amended Complaint states a cognizable claim for relief against Defendant K.A. Johnson and ordered Plaintiff to provide information for service of process on form USM-285, a completed summons, sufficient copies of the Amended Complaint for service, and a notice of compliance.  Plaintiff subsequently filed these required papers, and now requests an update regarding the status of this action.  Plaintiff is directed to the court's August 12, 2009 Order

///

///

Directing Service by the United States Marshal Without Prepayment of Costs for such update.

        IT IS SO ORDERED.

        DATED: Honolulu, Hawaii, August 12, 2009.



        /s/ J. Michael Seabright
        J. Michael Seabright
        United States District Judge

*Sedillo v. Johnson et al.*, Civ. No. 2:08-00782 JMS, Order Responding to Plaintiff's Request for Update