THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW JOSEPH SEDILLO, | ) CIVIL NO. 2:08-00782 JMS |
| | ) |
| Plaintiff, | ) ORDER STRIKING SECOND |
| | ) AMENDED COMPLAINT |
| vs. | ) |
| | ) |
| K.A. JOHNSON, and CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

**ORDER STRIKING SECOND AMENDED COMPLAINT**

On April 7, 2008, pro se prisoner Plaintiff Andrew Joseph Sedillo ("Plaintiff") filed his Complaint alleging claims pursuant to 42 U.S.C. § 1983 against Clerk of San Mateo County Court Linda Makela ("Makela"), his attorney Linda Ann Novak ("Novak"), and two individuals at Mule Creek State Prison, K.A. Johnson ("Johnson") and "_. Martinez" ("Martinez"). On February 9, 2009, the court dismissed Plaintiff's Complaint with leave to amend.

On April 10, 2009, Plaintiff filed an Amended Complaint asserting claims against Johnson and the California Department of Corrections and Rehabilitation ("CDCR"). On April 29, 2009, the court dismissed Plaintiff's Amended Complaint in part and directed service as to Johnson. Because Plaintiff

cannot state a claim against the CDCR and the Amended Complaint states a claim against the only other defendant, Johnson, the April 29 Order did not grant Plaintiff leave to further amend the Amended Complaint.  On November 16, 2009, Plaintiff nonetheless filed a Second Amended Complaint,[1] asserting claims against Johnson, Martinez, and Novak.

      Federal Rule of Civil Procedure 15(a)(1)(a) allows a plaintiff to amend his complaint "once as a matter of course [] before being served with a responsive pleading."  Rule 15(a)(2), however, provides that "[i]n all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. . . ."  Because Plaintiff has not sought leave to file a Second Amended Complaint, the court STRIKES Plaintiff's Second Amended Complaint.  If Plaintiff wishes to re-file his Second Amended Complaint, he must first make a

///

///

///

///

///

---

[1] Plaintiff labels this document "Amended Complaint for Violation fo Civil Rights," even though this is the second time he has filed an amended complaint.  The court therefore refers to Plaintiff's latest complaint as the "Second Amended Complaint."

motion for leave to file in accordance with Rule 15(a).  Only if such leave is granted will Plaintiff be permitted to file a second amended complaint.

        IT IS SO ORDERED.

        DATED:  Honolulu, Hawaii, November 18, 2009.



        /s/ J. Michael Seabright
        J. Michael Seabright
        United States District Judge

*Sedillo v. Johnson et al.*, Civ. No. 2:08-00782 JMS, Order Striking Second Amended Complaint